1  THOMAS E. FRANKOVICH (State Bar #074414)
   JENNIFER L. STENEBERG (State Bar #202985)
2  THOMAS E. FRANKOVICH
   *A PROFESSIONAL LAW CORPORATION*
3  2806 Van Ness Avenue
   San Francisco, CA   94109
4  Telephone:     415/674-8600
   Facsimile:      415/674-9900
5
   Attorneys for Plaintiffs JAREK MOLSKI
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10 JAREK MOLSKI, an individual; and        )   **CASE NO. C 04-1984 JW**
   DISABILITY RIGHTS                       )
11 ENFORCEMENT, EDUCATION                  )   **STIPULATION OF DISMISSAL AND**
   SERVICES:HELPING YOU HELP               )   ~~[PROPOSED]~~ **ORDER THEREON**
12 OTHERS, a California public benefit     )
   corporation,                            )
13                                         )
           Plaintiffs,                     )
14                                         )
   v.                                      )
15                                         )
   ALBERTSON'S, INC., a Delaware           )
16 corporation,                            )
                                           )
17         Defendant.                      )
                                           )
18 _____     )

19
        The parties, by and through their respective counsel, stipulate to dismissal of this action
20
   in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the
21
   Settlement Agreement and General Release ("Agreement") herein, each party is to bear its
22
   own costs and attorneys' fees.  The parties further consent to and request that the Court retain
23
   jurisdiction over enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511
24
   U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of
25
   settlement agreements).
26
        Therefore, IT IS HEREBY STIPULATED by and between parties to this action
27
   through their designated counsel that the above-captioned action be and hereby is dismissed
28
   with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

| | |
|---|---|
| Dated: October 14, 2005 | THOMAS E. FRANKOVICH, *A PROFESSIONAL LAW CORPORATION* |
| | By:   /s/ Jennifer L. Steneberg<br>Jennifer L. Steneberg<br>Attorneys for Plaintiffs JAREK MOLSKI and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES |
| Dated: October 5, 2005 | LAW OFFICES OF BRAD S. SURES |
| | By:   /s/ Brad S. Sures<br>Brad S. Sures<br>Attorneys for Defendant ALBERTSON'S, INC. |

## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: Oct 19, 2005

*/s/ James Ware*
Hon. James Ware
UNITED STATE DISTRICT JUDGE